*Millennium Partners, L.P., et al v. Wells Fargo Bank, N.A. U.S. Bank National Association*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand sixteen.

PRESENT:  RICHARD C. WESLEY,
          DEBRA ANN LIVINGSTON,
          GERARD E. LYNCH,
                *Circuit Judges.*
_____

MILLENNIUM PARTNERS, L.P., MILLENNIUM
FIXED INCOME, LTD.,

                    *Plaintiffs-Appellants,*

          v.                                           15-3833

1

WELLS FARGO BANK, N.A.,

                    *Defendant-Appellee*,

U.S. BANK NATIONAL ASSOCIATION, J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WF1,

                    *Defendants*.[1]

_____


FOR APPELLANT:          PETER DEXTER ST. PHILLIP, JR. (Geoffrey M.
                        Horn, Deborah Rogozinski, *on the brief*), Lowey
                        Dannenberg Cohen & Hart, P.C., White Plains,
                        NY.

FOR APPELLEE:           ROBERT S. FRIEDMAN (Mark E. McGrath, *on the
                        brief*), Sheppard, Mullin, Richter & Hampton LLP,
                        New York, NY.

     Appeal from the United States District Court from the Southern District of

New York (Baer, *J.*; Koeltl, *J.*).[2]

     **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED,**

**ADJUDGED, AND DECREED** that the judgment of the District Court is

**AFFIRMED**.

---

[1] The Clerk of Court is respectfully directed to amend the official caption to reflect that
U.S. Bank National Association is no longer a party to this appeal.
[2] This case was reassigned to the Honorable John G. Koeltl after the passing of the
Honorable Harold Baer Jr.

Plaintiffs-Appellants Millennium Partners, L.P. and Millennium Fixed Income, Ltd. (together, "Plaintiffs") appeal the District Court's dismissal of their breach of contract claim against Defendant-Appellee Wells Fargo Bank, National Association.[3]   We affirm for substantially the reasons stated by the Judge Baer in his thorough and well-reasoned opinion and order, *Millennium Partners, L.P. v. U.S. Bank Nat'l Ass'n*, No. 12 Civ. 7581(HB), 2013 WL 1655990 (S.D.N.Y. Apr. 17, 2013), and Judge Koetl in his similarly thorough and well-reasoned denial of Plaintiffs' motion for reconsideration, *Millennium Partners, L.P. v. U.S. Bank Nat'l Ass'n*, No. 12 Civ. 7581(JGK), 2015 WL 6454844 (S.D.N.Y. Oct. 26, 2015).

We have considered all of the Plaintiffs' arguments and find them to be without merit.   Accordingly, we **AFFIRM**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

---

3 Defendant J.P. Morgan Acquisition Trust 2006-WF1 is not a party to this appeal.

3